IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KENNY M. SMITH                                                                    PLAINTIFF

v.                                    Case No. 12-3004

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. #13) from United States Magistrate Judge Erin L. Setser. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 20th day of February, 2013.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE